David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Shona Marion*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Shona Marion, | ) **Case No. 2:16-cv-00548-APG-NJK** |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO COLORADO TECHNICAL UNIVERSITY, INC.** |
| COLORADO TECHNICAL UNIVERSITY, INC., | ) |
| Defendant. | ) |

   Plaintiff Shona Marion and Colorado Technical University, Inc. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to **Colorado Technical University, Inc.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 13, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Steven T. Jaffe, Esq.<br>Steven T. Jaffe, Esq.<br>Hall, Jaffe & Clayton, LLP<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>/s/ Jason R. Wigg, Esq.<br>Jason R. Wigg, Esq.<br>Hall, Jaffe & Clayton, LLP<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>/s/ Terance A. Gonsalves, Esq.<br>Terance A. Gonsalves, Esq.<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>*Attorneys for Defendant Colorado Technical University, Inc.* |

## **ORDER**

IT IS SO ORDERED.  Given that there are no other parties remaining in this case, the clerk of court is directed to enter judgment and close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_October 13, 2016_____