# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Shona Marion,

Plaintiff,

V.

Colorado Technical University, Inc.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-00548-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment has been entered pursuant to [16] Order. See Order for details.

October 14, 2016  /s/ Lance S. Wilson

Date  Clerk

/s/ ADR

(By) Deputy Clerk